FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 DEC 19 AM 11: 17

CLERK 𝓝 𝓗𝓪𝓷𝓼
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DAVID RICHARD SUTHERLAND,      )
                               )
        Plaintiff,             )
                               )
v.                             )
                               )
                               )          CASE NO. CV407-159
AL ST. LAWRENCE, Sheriff,      )
McARTHUR HOLMES, Jail          )
Administrator,                 )
PRISON HEALTH SERVICES, and    )
ABL FOOD SERVICES,             )
                               )
        Defendants.            )
                               )

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. The Court has carefully considered Plaintiff's Objections and finds them to be without merit. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

The Court has also considered Plaintiff's Motion for Appointment of Counsel. (Doc. 13.) There is no constitutional right to appointed counsel in a civil case such as this one. Wahl v. McIver, 773 F.2d 1169, 1174 (11th Cir. 1985). Instead, appointment of counsel is a privilege justified only by exceptional circumstances. Id.

In this case, Plaintiff has not shown any exceptional circumstances which would support the appointment of counsel. Accordingly, Plaintiff's Motion is **DENIED**.

SO ORDERED this 19th day of December, 2007.


WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA